**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WILMER RAMIREZ DOMINGO** | **CASE NO. 1:25-CV-01562 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHAD M RICE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 19],

**IT IS ORDERED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 16].

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Wilmer Ramirez Domingo's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 17th day of September 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE